**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FRANK L. MARVIN,

        Plaintiff(s),

CASE NUMBER: 05-70367

HONORABLE AVERN COHN

v.

CITY OF TAYLOR, et al,

        Defendant(s).

_____/

**ORDER CLOSING CASE**

    On December 06, 2007, the Sixth Circuit Court of Appeals issued an appeal judgment reversing d the judgment of the district court.  On April 14, 2008 the mandate was issued. Therefore,

    IT IS HEREBY ORDERED that the case is CLOSED.


Dated:  April 30, 2008
                              s/Avern Cohn
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 30, 2008, by electronic and/or ordinary mail.

                              s/Julie Owens
                              Case Manager
                              (313) 234-5160